470 A.2d 1269

Daniel Lee CHADDERTON

v.

STATE of Maryland.

No. 41 Sept. Term, 1983.

Court of Appeals of Maryland.

Feb. 6, 1984.

Michael R. Braudes, Asst. Public Defender, Baltimore (Alan H. Murrell, Public Defender, Baltimore, on the brief), for appellant.

Deborah K. Chasanow, Asst. Atty. Gen., Baltimore (Stephen H. Sachs, Atty. Gen., Baltimore, on the brief), for appellee.

Argued before MURPHY, C.J., and SMITH, ELDRIDGE, COLE, DAVIDSON, RODOWSKY and COUCH, JJ.

ORDER

The petition for writ of certiorari in the above entitled case having been granted and heard, it is this 6th day of February, 1984.

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, petition having been improvidently granted.